AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS LEE SMITH,<br>    Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   **JUDGMENT IN A CIVIL CASE**<br>)   **CASE NO. 7:09-CV-41-D**<br>)<br>)<br>)<br>) |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 17] is GRANTED, the defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk is directed to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 2, 2010** WITH A COPY TO:

James J. Wall (via CM/ECF Notice of Electronic Filing)
Charlotte M. Connery-Aujla (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| August 2, 2010<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |